# Third District Court of Appeal

## State of Florida

Opinion filed August 21, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1364
Lower Tribunal No. 15-16147
_____

**Poinciana West 1A Condominium Association**,
Appellant,

vs.

**Aspen Specialty Insurance Company, et al.**,
Appellees.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Peter R. Lopez, Judge.

Alvarez, Feltman, Da Silva & Costa, P.L., and Paul B. Feltman, for appellant.

Berk, Merchant & Sims, PLC, and Patrick E. Betar and Jonathan D. Tobin, for appellee Aspen Specialty Insurance Company.

Before SCALES, MILLER, and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Citizens Prop. Ins. Corp. v. Galeria Villas Condo. Ass'n</u>, 48 So. 3d 188, 191 (Fla. 3d DCA 2010) (concluding that, because the condominium association failed to produce the condominium's bylaws, minutes of the condominium association's board meetings, and contracts for property management services, there was no "disagreement" under the policy's appraisal provision and, therefore, the condominium association's demand for an appraisal was not ripe).